IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-00115-KLM

**FRED NEKOUEE**,

    Plaintiff,

v.

**GKT FOX CREEK VILLAGE, LLC, a Missouri limited liability company; DILLON COMPANIES, LLC, a Kansas limited liability company; and WALGREEN CO., an Illinois corporation**,

    Defendants.

___

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
___

In accordance with F.R.C.P. 41(a)(1)(A)(ii), The Plaintiff, Fred Nekouee, and Defendants, Dillon Companies, LLC, GKT Fox Creek Village, LLC, Walgreen Co., by and through their attorneys of record, hereby stipulate and agree that all claims that were brought and all claims which could have been brought against Defendants are dismissed WITH PREJUDICE, all claims between Plaintiff and Defendants, Dillon Companies, LLC, GKT Fox Creek Village, LLC, and Walgreen Co., except as otherwise agreed, each party to pay their own fees and costs.

Respectfully submitted this 7th day of August, 2019.

/s/ Robert J. Vincze
Robert J. Vincze
Law Offices of Robert J. Vinceze
P.O. Box 792
Andover, KS 67002
Telephone:  303-204-8207
E-mail:  vinczelaw@att.net
*Attorneys for Plaintiff*
*Fred Nekouee*

/s/  Debra K. Sutton
Debra K. Sutton
Sutton | Booker | P.C.
4949 S. Syracuse, Suite 500
Denver, Colorado 80237
Telephone:  303-730-6204
Facsimile:   303-730-6208
E-Mail:  dsutton@suttonbooker.com
*Attorneys for Defendant,*
*Dillon Companies, LLC*

/s/  Melisa H. Panagakos
Ryan P. Lessmann
Melisa H. Panagakos
JACKSON LEWIS P.C.
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
LessmannR@jacksonlewis.com
Melisa.Panagakos@jacksonlewis.com
*Attorney for Defendant GKT Fox Creek*
*Village, LLC*

/s/   Chad K. Lang
Chad Kevin Lang
Sanchez-Medina Gonzalez Quesada Lage
Gomez & Machado, LLC
201 Alhambra Circle
Suite 1205
Coral Gables, FL 33134
Telephone: 305-327-0391
Email: clang@smgqlaw.com

Daniel M. Combs
Campbell Litigation, P.C.
730 17th Street, Suite 730
Denver, CO 80202
Telephone: 303-872-7229
Email: daniel@campbell-litigation.com
*Attorneys for Defendant Walgreen Co.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of August, 2019, I electronically filed a true and correct copy of the above and foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert J. Vincze
Law Offices of Robert J. Vincze
PO Box 792
Andover KS  67002

Chad K. Lang
Sanchez-Medina, Gonzalez, Quesada,
Lage, Gomez & Machado LLP
201 Alhambra Circle, Suite 1205
Coral Gables, FL 33134-5107

Daniel M. Combs
Campbell Litigation, PC
730 17th Street, Suite 730
Denver, CO 80202

Ryan P. Lessmann
JACKSON LEWIS P.C.
Melisa H. Panagakos
950 17th Street, Suite 2600
Denver, CO 80202

>	*/s/   Melissa J. Larsen*
>	*A duly signed original is on file at*
>	*Sutton | Booker | P.C.*