**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-0115-KLM

FRED NEKOUEE, individually,

    Plaintiff,

v.

GKT FOX CREEK VILLAGE, L.L.C., a Missouri limited liability company;
DILLON COMPANIES, LLC, a Kansas limited liability company; and
WALGREEN CO., an Illinois corporation;

    Defendants.

## DEFENDANT GKT FOX CREEK VILLAGE, L.L.C.'S STATEMENT OF COMPLIANCE WITH SETTLEMENT AGREEMENT

Defendant GKT Fox Creek Village, L.L.C. ("Defendant"), by its undersigned counsel, respectfully submits its Statement of Compliance with Settlement Agreement, as agreed to in the above-captioned matter. As grounds for this Statement, Defendant represents the following items have been complied with:

| Complaint Paragraph | Issue as Described | Status of Compliance |
|---|---|---|
| 41(c) | In the parking lot, the parking space for disabled patrons in front of King Soopers has a running slope as steep as about 1:21.7 (4.6%). This slope is steeper than the maximum allowed slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 502.4. The Plaintiff observed this condition, and it deters him from visiting King Soopers. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |

| Complaint Paragraph | Issue as Described | Status of Compliance |
| --- | --- | --- |
| 41(f) | In the parking lot, the change in elevation in the parking space for disabled patrons in front of King Soopers at the utility cap shown in the photographs below is about 0.75 inches and more than a change of elevation of 0.25 inches. This change of elevation in the access aisle of more than 0.25 inches is in violation of Federal Law 2010, ADAAG §§ 502.4 and 303.2. The Plaintiff observed this condition. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(i) | In the parking lot, the running slope of the middle section of the access aisle serving the disabled parking spaces in front of Nicolo's Pizza is as steep as about 1:25.6 (3.9%) and steeper than a slope of 1:48 (2%). This running slope in this access aisle is steeper than the maximum allowed slope of 1:48 (2%), in violation. It was difficult for the Plaintiff to move in his wheelchair in this access aisle to and from Nicolo's Pizza. | On or before June 1, 2020, this element was inspected and is believed to be in  compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(j) | In the parking lot, the parking space for disabled patrons in front of Nicolo's Pizza shown in the photograph below has a running slope as steep as about 1:21.7 (4.6%). This slope is steeper than the maximum allowed slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 502.4. The Plaintiff encountered this slope, and it made it difficult for him to unload from and load into his vehicle. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(m) | In the parking lot, the access aisle serving the disabled parking spaces in front of King Soopers shown in the photographs below is not even and the running slope in the middle section of this access aisle is as steep as about 1:27 (3.7%) and steeper than a slope of 1:48 (2%), and the running slope in the front section (closest to King Soopers as one faces King Soopers) of this access aisle as steep as about 1:10.3 (9.7%) and steeper than a slope of 1:48 (2%). These running slopes are steeper than the maximum allowed slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 502.4. The Plaintiff encountered these slopes | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |

| Complaint Paragraph | Issue as Described | Status of Compliance |
|---|---|---|
|  | while moving in his wheelchair, and they made his wheelchair unstable, and he required assistance to move his wheelchair up the front section of this access aisle. |  |
| 41(n) | In the parking lot, the front section (closest to King Soopers as one faces King Soopers) of the access aisle serving the disabled parking spaces in front of King Soopers shown in the larger photograph in subsection (l) above is not even and its cross slope is as steep as 1:10 (10%) and steeper than a cross slope of 1:48 (2%). This cross slope of this access aisle is steeper than the maximum allowed slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 502.4. The Plaintiff encountered this cross slope while moving in this access aisle in his wheelchair, and it made his wheelchair unstable. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(o) | In the parking lot, the front section (oriented as one faces King Soopers) of the access aisle serving the disabled parking spaces in front of King Soopers and Wax Studio shown in the photographs below is not even and has a cross slope as steep as about 1:13.2 (7.6%) and steeper than a cross slope of 1:48 (2%). This cross slope in this access aisle is steeper than the maximum allowed slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 502.4. The Plaintiff observed this condition, and it deters him from visiting Fox Creek Village. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(r) | The cross slope of the walking surface in front of King Soopers shown in the photograph below is as steep as about 1:21.7 (4.6%) and is steeper than a cross slope of 1:48 (2%). This cross slope of this walking surface is steeper than the maximum allowed cross slope of 1:48 (2%), in violation of Federal Law 2010, ADAAG § 403.3. The Plaintiff encountered this cross slope of this walking surface while moving in his wheelchair, and it made his wheelchair unstable. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |

| Complaint Paragraph | Issue as Described | Status of Compliance |
|---|---|---|
| 41(s) | The cross slope of the walking surface in front of Subway and Vino Cellars Wine and Spirits is as steep as about 1:25 (4%) and steeper than a cross slope of 1:48 (2%). This cross slope of this walking surface is steeper than the maximum allowed slope of 1:48 (2%) in violation of Federal Law 2010, ADAAG § 403.3. The Plaintiff encountered this condition while moving in his wheelchair to buy food at Subway, and this slope made his wheelchair unstable. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |
| 41(x) | The slope of the curb ramp side or flare on the accessible route in front of Nicolo's Pizza is as steep as about 1:5.8 (17.1%) and steeper than a slope of 1:10 (10%). This slope of this curb ramp side or flare on the accessible route to Nicolo's Pizza is steeper than the maximum allowed slope of 1:10 (10%), in violation of Federal Law 2010, ADAAG § 406.3. The Plaintiff encountered this condition while moving in his wheelchair, and it endangered his safety. | On or before June 1, 2020, this element was inspected and is believed to be in compliance with the physical accessibility requirements of the American with Disability Act based on the requirements of the 2010 ADA Standards. A formal report confirming same is forthcoming. |

Respectfully submitted this 5th day of June, 2020.

JACKSON LEWIS P.C.

*s/ Ryan P. Lessmann*
Ryan P. Lessmann
Melisa H. Panagakos
950 17th Street, Suite 2600
Denver, CO 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
ryan.lessmann@jacksonlewis.com
melisa.panagakos@jacksonlewis.com

Attorneys for Defendant, GKT Fox Creek Village, L.L.C.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 5th day of June, 2020, a true and correct copy of the foregoing **DEFENDANT GKT FOX CREEK VILLAGE, L.L.C.'S STATEMENT OF COMPLIANCE WITH SETTLEMENT AGREEMENT** was filed and served via CM/ECF on the following:

Robert J. Vincze
Law Offices of Robert J. Vincze
P.O. Box 792
Andover, KS 67002
vinczelaw@att.net

*s/ Savannah Neufer*
Of Jackson Lewis P.C.